Case 1:25-mj-00128-ZMF    Document :

Case: 1:25-mj-00128
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 7/30/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On or about July 15, 2025, members of the United States Immigration and Customs Enforcement ("ICE") learned that Saul CASTILLO-CRESPO (⬛⬛⬛⬛⬛⬛⬛⬛) had been arrested on June 27, 2025, by the Metropolitan Police Department ("MPD") in Washington, D.C., for Unlawful Entry (Private Property) and Destroying Property. In the context of this arrest, CASTILLO-CRESPO identified himself to law enforcement under the alias "David Crespo."

On or around July 16, 2025, law enforcement fingerprinted "David Crespo," which revealed that he was in fact, CASTILLO-CRESPO. Specifically, the FBI Next Generation Identification system determined that "David Crespo's" fingerprints matched a previously assigned unique FBI number associated with CASTILLO-CRESPO. "David Crespo's" fingerprints were also processed through ICE indices containing fingerprint records of known and previously deported aliens. The fingerprint processing resulted in confirmation that "David CRESPO" and CASTILLO-CRESPO are the same individual.

Your affiant performed a criminal history check for CASTILLO-CRESPO, which revealed that on November 3, 2017, CASTILLO-CRESPO was convicted of felony kidnapping and second-degree sex abuse (incompetent) in the Superior Court of the District of Columbia. CASTILLO-CRESPO was sentenced to 66 months of incarceration, followed by 5 years of supervised release, and he was required to register as a sex offender.

Your affiant reviewed CASTILLO-CRESPO's immigration file maintained by U.S. Citizenship and Immigration Services. This confirmed that CASTILLO-CRESPO: (i) is a citizen and national of Mexico; (ii) was removed from the United States by ICE on or about January 04, 2023, from the Brownsville, Texas Port of Entry; (iii) did not have any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States; and (iv) did not obtain permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

Respectfully Submitted,

_____
Charles Williams
Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 30, 2025.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE